Cause number:        01-14-00244-CV

Style:        University of Texas System v. Letitia Thomas.

Date motion filed[*]:     July 24, 2014

Type of motions:     Agreed Motion to Substitute Counsel

Parties filing motions:  Appellant

Document to be filed:

Is appeal accelerated?     No

Ordered that motions are:

    ☐ Granted

        If document is to be filed, document due:

    ☑ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

**The motion to substitute counsel as currently filed is denied and is construed as a notice of appearance. The Clerk of this Court is ordered to note on the docket Lisa V. Cubriel's appearance as lead counsel of record for appellant. *See* TEX. R. APP. P. 6.2. If counsel Sandra Salas Horne requests withdrawal, she must file a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5.**

Judge's signature: /s/ Evelyn V. Keyes
        ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: August 7, 2014